# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 6/12/2024)

IN THE UNITED STATES DISTRICT COURT
FOR THE  Southern  DISTRICT OF  New York

**Demand for Jury Trial**   ☑ Yes   ☐ No

(Full name of plaintiff(s))

Gentle Thomas Jr et.al

v.

(Full name of defendant(s))

Tesla Inc

Case Number:

_____
(to be supplied by clerk of court)

RECEIVED FEB 27 2026 PRO SE OFFICE

A.  PARTIES

1. Plaintiff is a citizen of  Indiana , and is located at
   (State)

   6908 South Old U.S Hwy 41 Carlisle In 47838
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Complaint - 1

Page 1 of 10

BK 3

1) List of Plaintiff including addresses

2) Jamie Johnson - 2358 Senter Road San Jose, CA 95112-2615

3) John Smith - 2450 Lake Ave Altadena, CA 91001-2442

4) Amy Underwood - 87525 National Trails Hwy Amboy, CA 92304-9800

5) Angela Jones - 308 Westwood Plz Los Angeles, CA 90095-8355

6) Harold Jenkens - 31566 Railroad Canyon Rd #2 Canyon Lake, CA 92587-9446

7) Jonathan Wells - 22310 Burton Rd #A Grand Terrance, CA 92313-5039

8) Albert Johnston - 1776 Almaden Rd San Jose, CA 95125-1937

9) 13072 Casa Linda Ln Garden Grove, CA 92844-1445 - Alice Parrish

10) Raul Castro - 2529 S Robertson Blvd Los Angeles, CA 90034-2023

11) Burt Simpson - 21535 Roscoe Blvd Canoga Park, CA 91304-4102

12) Hector Cruz - 9800 Vidor Dr. Los Angeles, CA 90035-1038

13) Olivia Ortez - 171 Palomar St Chula Vista, CA 91911-3412

14) Alex Haynie - 60 E 700 N OREM, UT 84057-3987

15) Preston Jones - 1111 E 1140 S Provo, UT 84606-5069

List of Plaintiff(s) continued

16) Eliza Hart - 7311 S Union Creek Way Midvale, UT 84047-5902

17) Miles Thompson - 4500 E Sunrise Dr Tucson, AZ 85718-5347

18) Bruce Armstead - 7350 S. US Highway 191 Ofc Safford, AZ 85546-7500

19) Ida Johnson - 2500 N. Desert Links Dr. Tucson, AZ 85715-3791

20) Amanda Anderson - 8445 N. 23rd Ave Ofc Phoenix, AZ 85021-0675

21) Rebecca Anderson - 3765 N. Campbell Ave Tucson, AZ 85719-1532

22) Valary Bailey - 1402 Vermont Harlingen, TX 78550-8901

23) Rodger Blount - 500 S Palm Dr. Pharr, TX 78577-5135

24) Bobby Johnson - 1071 Lake Carolyn Pkwy Irving, TX 75039-4847

25) Angela Mendez - 4041 Bluemel Rd San Antonio, TX 78240-1069

26) Bryan Cruz - 1900 Estrada Pkwy Irving, TX 75061-8225

27) Harris Thomas - 3121 E Park Row Dr Arlington, TX 76010-3778

28) Samanta Sanders - 5909 Santa Maria Ave Laredo, TX 78041-2919

29) David Carpenter - 6401 Bingle Rd # 205 Houston, TX 77092-1329

List of Plaintiffs continued

30) Jermaine McKinney - 4 E 66th St New York, NY 10065-6548

31) Arondo Anderson - 14 E 90th St New York, NY 10128-0671

32) John Phillips - 149 E 73rd St New York, NY 10021-2592

33) Brian Eugene - 770 Park Ave New York, NY 10021-4123

34) Eugene Troy - 440 W. End Ave New York, NY 10024-5358

35) Dominique Johnston - 27 W. 55th St New York, NY 10019-4909

36) Hannah Wright - 125 E 84th St New York, NY 10028-0902

37) Michael Turner - 730 Park Ave New York, NY 10021-4945

38) Jacob Armstrong - 360 Central Park W New York, NY 10025-6541

39) Leo Hernandez - 110 Leonardine Ave South River, NJ 08882-2547

40) Taylor Smith - 2101 Allenwood Road Wall Township, NJ 07719-7205

41) Andrew Jenkins - 8200 Boulevard East #1H North Bergen, NJ 07047-6036

42) Colten Bolden - 70 Veterans Memorial Dr E Somerville, NJ 08876-2951

43) Keson Tracy - 179 Brunswick Ave #1 Trenton, NJ 08618-5900

B. Defendant __Tesla Inc__
(Name)
is (if a person or private corporation) a citizen of __California__
(State, if known)
and (if a person) resides at __N/A__
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for __Tesla Inc and N/A__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

C. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1) Who violated your rights? Tesla Inc
(New York State Law - Unjust Enrichment)

2) What each defendant did - This information will be attached on following page(s) titled factual background

3) When did it happen - January 28th, 2026

4) Where did it happen - New York, New York

Complaint - 2

Page 5 of 10

BK 3

## Factual Background

On January 28th, 2026, I had a family member (who lived in the State of New York) go on the defendants website to purchase a vehicle, said family member followed the steps provided by the defendant's website to complete the transaction (which included imputting certain financial information needed to ~~XXXX~~ proceed in purchasing a vehicle) once the transaction was completed said family member scheduled a delivery date on defendants website to have the vehicle delivered to a specified address. On January 29th, 2026 I received a call from a representative at my financial instution stating that my bank account with them reflected a negative balance which needed to be corrected as soon as possible to avoid my account being closed, I then inquired as to how or what caused my account to reflect this negative balance, the representative stated that this was due to a transaction(s) from the ~~XXXX~~ previous day (with the defendant), I asked if their was anyway that the transaction(s) could be reversed, she stated that since my financial institution already honored the payment order said funds could not be returned. On January 29th, 2026, I called the defendants financial departments customer service number and spoke with a live representative and explain the issue(s), the representative explained to me that this was a temporary issue that is in the process of getting resolved and that I should be receiving the excess fund that were taken from my account back shortly

Page 6 of 10

## Factual Background Continued

This never occurred and vehicle(s) purchased by me (and other customers i.e plaintiffs in this cause of action) were never delivered

Page 7 of 10

5) Why did it happen - I do not have a answer for this at this time

D.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 675 million Dollars (roughly)

E.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiffs in this cause of action request that they should be awarded in the amount of 675 million dollars (if applicable by New York State law) for damages caused by defendants action(s) and or inaction(s) (Unjust enrichment).

Complaint - 4


Page 9 of 10

BK 3

Dated this 16th day of February 2026.

Respectfully Submitted,

_____
Signature of Plaintiff

267721
Plaintiff's Prisoner ID Number

6908 South Old U.S Hwy 41
Carlisle Indiana 47838
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[✓]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5



BK 3

