UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENTLE THOMAS JR., ET AL,

                    Plaintiffs,

          -against-

TESLA INC.,

                    Defendant.

26-cv-1640 (GBD)

CIVIL JUDGMENT

For the reasons stated in the April 23, 2026, order, this Court denies Plaintiff's request to proceed IFP and dismisses this action without prejudice under the PLRA's "three-strikes" rule. See 28 U.S.C. § 1915(g).

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

SO ORDERED.

Dated:    April 28, 2026
          New York, New York

                                        /s/ George B. Daniels
                                        GEORGE B. DANIELS
                                        United States District Judge